Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**Kazerouni Law Group, APC**
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiffs,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE C. ZENDEJAS, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SANTANDER CONSUMER USA, INC.,**<br><br>Defendant. | Case Number: 13-cv-00371-IEG-NLS<br><br>**NOTICE OF SETTLEMENT** |

/////

/////

1   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on an
2   individual basis.  The Parties anticipate filing a Joint Motion for Dismissal with Prejudice as to
3   the named Plaintiff and Without Prejudice as to the putative class within 30 days.  Plaintiff
4   requests that all pending dates and filing requirements be vacated and that the Court set a deadline
5   on or after June 30, 2013 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: May 30, 2013                           By: /s/ Joshua Swigart