UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE C. ZENDEJAS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>              Defendant. | CASE NO. 13-CV-371-IEG (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 14] |

Presently before the Court is the parties' joint motion to dismiss the action with prejudice as to named Plaintiff Jose C. Zendejas ("named Plaintiff") and without prejudice as to the putative class. [Doc. No. 14.] For good cause shown, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice as to the named Plaintiff and without prejudice as to the putative class. The clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED:** July 25, 2013

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**